Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Defendant*
*Chase Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY M. TREHERN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; CHASE BANK USA, N.A., a national banking association,<br><br>    Defendants. | CASE NO. 2:16-cv-00043-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Chase Bank USA, N.A.'s ("Chase") response to plaintiff Brandy M. Trehern's complaint currently is due February 2, 2016. Plaintiff and Chase stipulate and agree that Chase has up to and including March 7, 2016 to respond to plaintiff's complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

[*Continued on following page.*]

1   This request is made in good faith and not made for purposes of delay.

3   Dated: January 27, 2016

4   BALLARD SPAHR LLP                          LAW OFFICE OF KEVIN L. HERNANDEZ.

6   By: /s/ Lindsay Demaree                    By: Kevin L. Hernandez
    Abran E. Vigil                             Kevin L. Hernandez
    Nevada Bar No. 7548                        Nevada Bar No. 12594
7   Lindsay Demaree                            2879 St. Rose Parkway, Suite 130A
    Nevada Bar No. 11949                       Henderson, Nevada 89052
8   Joseph P. Sakai
    Nevada Bar No. 13578                       *Attorneys for Plaintiff*
9   100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

*Attorneys for Defendant*
*Chase Bank USA, N.A.*

**ORDER**

IT IS SO ORDERED:

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: January 28, 2016

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070